Approved.

*/s/ James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge
Date: 3/11/2024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GREEN EARTH TECHNOLOGIES GROUP, LLC, | CASE NO.  5:23-CV-01240 |
| *Plaintiff,* | **MAGISTRATE JUDGE JAMES E. GRIMES JR.** |
| vs. | |
| DONALD A. BISHOP, SR., *et al.,* | **JOINT STIPULATION FOR DISMISSAL, WITH PREJUDICE** |
| *Defendants.* | |

Now comes Plaintiff Green Earth Technologies Group, LLC, and Defendants Donald A. Bishop, Sr. and Bishop Bros. Supply & Transit, LLC, by and through the undersigned counsel, and being all parties to this action, jointly stipulate and agree pursuant to FRCP 41(a)(1) that this action, and every count and claim asserted herein, be dismissed with prejudice. Each party to bear its own costs.

**IT IS SO STIPULATED AND AGREED.**

*/s/ Philip J. Truax*
Philip J. Truax (0079124)
Robert J. Lally (0060133)
TRUAX LAW GROUP, LTD.
36718 Detroit Road
Avon, Ohio 44011
P: (440) 534-6733
F: (440) 543-6742
phil@truaxlawgroup.com
rob@truaxlawgroup.com

*Counsel for Plaintiff*
*Green Earth Technologies Group, LLC*

*/s/ Andrew J. Wides, Esq. (email consent)*
Andrew J. Wides, Esq. (0091633)
Lawrence J. Spoljaric, Jr., Esq. (0091634)
THE WIDES LEGAL GROUP, LLC
Riverparke Office Building
1653 Merriman Road, Suite 111
Akron, OH 44313
Phone: (234) 260-4918
Fax: (234) 260-4424
awides@wideslaw.com

*Counsel for Defendant*
*Donald A. Bishop, Sr.*